**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7704**

———————————

EDWARD GALES,

                                    Plaintiff - Appellant,

        versus

OFFICER LUGI, a/k/a David L. Luebke,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-99-965-AM)

———————————

Submitted:  March 23, 2000          Decided:  March 30, 2000

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Edward Gales, Appellant Pro Se.  John S. Morris, III, BEALE, BAL-
FOUR, DAVIDSON & ETHERINGTON, P.C., Richmond, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Gales appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Gales v. Luqi</u>, No. CA-99-965-AM (E.D. Va. Dec. 3, 1999).  We further deny Gales' motion for discovery and production of documents.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2